UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| JUST FIDDLER, | * | CIV 11-3024-RAL |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| | * | WITHOUT PREJUDICE |
| MOREAU-GRAND ELECTRIC COOPERATIVE, INC., a domestic public utility, | * * * | |
| | * | |
| Defendant. | | |

On October 11, 2011, Plaintiff filed a Complaint against Defendant. Although a summons issued, this Court is not aware whether the Complaint ever was served on Defendant. On August 15, 2012, Plaintiff filed a Motion to Dismiss (Doc. 5) seeking voluntary dismissal of the Complaint without prejudice. For good cause, it is hereby

ORDERED, DECREED AND ADJUDGED that Plaintiff's Motion to Dismiss (Doc. 5) is granted and that Plaintiff's Complaint is dismissed without prejudice under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated August 22, 2012.

BY THE COURT:

/s/ *Roberto A. Lange*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE